# In-the United States District Court, For-the-Western-District, of-Virginia, Danville-Division:

Charles Davis Burrell, Plaintiff,

v.

(1)-Marcia P. Sellers,

(2)-Beverly Mapson,

(3)-Isaiah Devon Sellers,

(4)-Kevin (Doe),

(5)-<u>'Supervisor'</u>, at 'Planet-Fitness', (John-Doe),

(6)-Photographer (Jane Doe)

4:19CV00010

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR - 4 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

<u>*'Serve-On'*</u>: Marcia P. Sellers, at '210-Londonshire-Terrace, Hampton, Va. 23666'.

## 2.

## 'Motion-For-Judgment'

*'Comes-Now',* 'Your-Instant-Plaintiff', Charles Davis Burrell, and, 'Herein-Propounding', the 'Above-Styled-Motion', 'While-Seeking-the-Sum', of '1,000,000.00-Dollars'('One-Million-Dollars'), as 'Nominal', 'Compensatory', & 'Punitive-Damages', in-the 'Above-Styled-Matter', 'At-Bar'!!!

## *'Cause-of-Action/Factual-Background'*

**Counts-One-Thru-Three**: "…Desertion…", "…Breach-of-Verbal-Contract…", '…Intentional-Infliction-of-Emotional-Distress…":

1. On '4-March-17', and, at 'Approximately-1:30-P.M.', Marcia P. Sellers, 'Entered-Into', "…Holy-Matrimony…", with 'Your-Instant-Plaintiff'!!!

2. At 'Approximately-2:30-P.M', 'On-4-March-17', the 'Instant-Plaintiff', 'Paid-the-Sum-of', 'Approximately-$342.00', for-a 'Wedding-Reception', at-the "…Red-Lobster-Restaurant…"!!!

**3.**

3. 'Approximately-2-Hours-Later', 'Your-Instant-Defendant', "...Took-Off...", "...Without-Prior-Notification...", to-the 'Instant-Plaintiff', with-her "...Suspected-Lesbian-Friend...", 'Beverly-Mapson'; & "...Attended-A-Basketball-Game...", at-a 'Local-College'!!!

4. At 'Approximately-10:30-P.M', that-Evening, 'Beverly-Mapson', 'Called-the-Instant-Plaintiff', and "...Relayed-A-Message...", to-the 'Instant-Plaintiff', that, the 'Plaintiff's-New-Bride', 'Marcia P. Sellers', wanted-the 'Plaintiff', to "...Meet-Her...", 'At-Her-House', "...Immediately...", or "...A.S.A.P...."!!!

5. And, 'Even-Though', 'Your-Plaintiff', was 'Quite-Confused', 'At-the-Time', the 'Plaintiff-Did-Comply'!!!

6. 'Upon-Arrival', at 'Your-Defendant's-Residence', the 'Plaintiff', was 'Convinced', by-the 'Defendant', that '...All-Was-Well...'; and, that, the

4.

<u>'Both-of-Us'</u>, should <u>'Immediately-Proceed'</u>, on <u>'Our-Honey-Moon'</u>!!!

7. 'Your-Plaintiff', <u>'Finally-Agreed'</u>; and, <u>'Both-Parties-Agreed'</u>, to "...<u>Secure-A-Suite</u>..."('With-A-Jacuzzi'), at-the '...<u>Holiday-Inn</u>..."!!!

8. 'By-Then', it-was, <u>'Approximately-3-A.M.'</u>, on '5-March-17'!!!

9. However, <u>'Just-Minutes'</u>, 'Prior-To', the 'Two-of-Us', were <u>'Scheduled-to-Enter'</u>, '...<u>Our-Honey-Moon-Suite</u>...", 'Your-Defendant's', <u>'18-Year-Old-Son'</u>, 'Isaiah-Devon-Sellers', who-had, "...<u>Just-Recently-Been-Released-From-Jail</u>...", 'Called-the-Defendant', and, <u>'Reported'</u>, to 'His-Mother', that-he, had "...<u>Just-Locked-Himself</u>...", "...Out-of-the-House...", "...<u>Demanded</u>...", that, 'Your-Instant-Defendant', "...<u>Immediately-Abandon-Her-Honey-Moon</u>...", & "...Return-Home...", to "...<u>Admit-Him</u>...", <u>'Into-the-House'</u>!!!

5.

10. 'Your-Defendant', then "...Demanded...", that, 'Your-Instant-Plaintiff', "...Immediately-Drive-Her...", 'Approximately-20-Miles', 'Back-Home' 'So-that-She', 'Could-Comply', with, 'Her-Son's', "...Direct-Orders..."!!!

11. "...Needless-to-Say...", "...Any-Honey-Moon-Plans...", "...Were-Instantly-Abandoned...", 'For-That-Night', 'After-That-Little-Fiasco', 'With-Her-Son"!!!

12. 'From-that-Point-On', 'Your-Instant-Other-Defendant', 'Beverly Mapson', 'Has-Vigorously-Engaged', the 'Plaintiff's-New-Wife', to 'Drive-Her', "...All-Over-the-Country-Side...", 'In-Order', to 'Keep-the-Plaintiff's-Wife', "...Away-From-Her-New-Husband..."!!!---And-thus, 'From-that-Point-Forward', the 'Plaintiff', "...Rarely-Saw...", or "...Other-Wise-Communicated...", 'With-his-New-Wife'!!!

6.

13. And-then, on '9-April-17', the "Instant-Defendants", 'Marcia P. Sellers', 'Along-With', 'Of-Course', 'Beverly-Mapson', 'Came-Over', to-the 'Plaintiff's-Residential-R.V.', 'Where', 'Both-Parties', "…Informed-the-Plaintiff…", that, 'Marcia P. Sellers', "…No-Longer-desired…", "…To-Be…", "…the 'Instant-Plaintiff's-Wife'…"!!!

## "Law & Argument"

14. 'Your-Instant-Plaintiff', "…Was-Completely-Emotionally-Devastated…", 'By-that-Action'!!!

15. 'Plaintiff', 'Immediately-Experienced', "…Severe-Emotional-Distress…"!!!

16. 'Your-Defendant', 'Marcia P. Sellers', had "…Made-A-Legal-Verbal-Contract…", 'Before-Multiple-Witnesses', to "…Honor-Her-New-Husband…"; And-Yet; 'Instead', 'She-Completely-Deserted-Her-Husband', 'Just-One-Day', 'After-She', "…Was-Reasonably-Sure…", that-She, 'Had-

Obtained', "...Veteran-Monetary-Benefits...", by "...Marrying...", 'Your-Instant-Plaintiff'!!!

17. 'Virginia-Law', is 'Opposed', and 'Contrary', to 'Such', "...'Blatant', 'Wanton', & 'Intentional-Fraud'..."!!!

18. 'Your-Instant-Defendant', 'Was-Well-Aware', of 'That-Fact', "...After-Serving-Eight(8)-Years..., in-a 'Federal-Prison', for-the 'Same-Type', of "...Fraud...", in 'New-York', & 'Chicago'!!!

'Wherefore', the 'Instant-Plaintiff', 'Herein-Moves', this 'Great-Court', for 'Judgment', 'Against', "...The-Instant-Defendants..."; and, for-the 'Imposition', of 'Any-Other-Awards', that, the 'Court'-Should-Deem', "...Just & Proper..."!!!

'Sincerely-Submitted-By',

*Burrell*

Charles Davis Burrell, PO Box 166, Danville, VA. 24541

Phone: 919-606-4433