CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL - 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHARLES DAVIS BURRELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19cv00010 |
| | ) **ORDER** |
| MARCIA P. SELLERS, ET AL, | ) |
| | ) By: Hon. Jackson L. Kiser |
| Defendants. | ) Senior United States District Judge |

On March 4, 2019, this case was filed before this Court. Pursuant to Federal Rule of Civil Procedure 4(m), the Plaintiff has 90 days to serve the Defendants. The docket of this case shows that the Clerk sent a letter warning the Plaintiff of this deadline after 70 days had passed and after 90 days had passed. The Plaintiff has not responded to these letters or otherwise shown good cause as to why service could not be effected. As of today, over 90 days have passed since the filing of this action and there is no record that the Defendants have been served. Accordingly, all Defendants are hereby **DISMISSED** from the suit without prejudice and the case is **DISMISSED** from the docket of this Court.

The clerk is directed to strike this case from the active docket of this Court and to send a certified copy of this Order to Plaintiff.

ENTERED this 2nd day of July, 2019.

/s/ Jackson L. Kiser
Senior United States District Judge